HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.
1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

*E-filed 3/17/06*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSANA J. GIORDANO, | ) | Civil No. C 05-04035 HRL |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | STIPULATION AND ORDER |
| | ) | |
| JO ANNE B. BARNHART, | ) | |
| Commissioner, | ) | |
| Social Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a second extension of time up through and including Wednesday, April 26, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

| | |
|---|---|
| | _____ |
| | KEVIN V. RYAN |
| | United States Attorney |

Dated: March 10, 2006                /s/ _____
                                     SARA WINSLOW
                                     Assistant U. S. Attorney

Dated: March 10, 2006                /s/ _____
                                     HARVEY P. SACKETT
                                     Attorney for Plaintiff
                                     ROSANA J. GIORDANO

IT IS SO ORDERED.

Dated:  3/17/06
                                     _____
                                     HON. HOWARD R. LLOYD
                                     United States Magistrate Judge

2

STIPULATION AND ORDER