HARVEY P. SACKETT (72488)

**SACKETT AND ASSOCIATES**
A PROFESSIONAL LAW CORP.

*E-filed 5/2/06*

1055 Lincoln Avenue
Post Office Box 5025
San Jose, California 95150-5025
Telephone: (408) 295-7755
Facsimile: (408) 295-7444

/lc

Attorney for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSANA J. GIORDANO, | ) | Civil No. C 05-04035 HRL |
| Plaintiff, | ) | |
| v. | ) | STIPULATION AND ORDER |
| JO ANNE B. BARNHART, Commissioner, Social Security Administration, | ) | |
| Defendant. | ) | |

    Plaintiff and Defendant, through their respective attorneys, hereby stipulate that Plaintiff shall have a third extension of time up through and including Wednesday, May 10, 2006 in which to e-file her Motion for Summary Judgment. This extension is necessitated by the number of other cases Plaintiff's counsel currently has before the district court that also require briefing.

1

STIPULATION AND ORDER

```
                                    _____
                                    KEVIN V. RYAN
                                    United States Attorney



Dated: April 24, 2006               /s/_____
                                    SARA WINSLOW
                                    Assistant U. S. Attorney




Dated: April 24, 2006               /s/_____
                                    HARVEY P. SACKETT
                                    Attorney for Plaintiff
                                    ROSANA J. GIORDANO
```

This will be the final continuance approved by the court.

IT IS SO ORDERED.

Dated: 5/2/06                       _____
                                    HON. HOWARD R. LLOYD
                                    United States Magistrate Judge

STIPULATION AND ORDER

2