KEVIN V. RYAN, SBN 118321  *E-filed 6/20/06*
United States Attorney
JOANN M. SWANSON, 88143
Assistant United States Attorney
Chief, Civil Division
SARA WINSLOW, DCBN 457643
Assistant United States Attorney

450 Golden Gate Avenue, Box 36055
San Francisco, California 94102
Telephone: (415) 436-7260
Facsimile:  (415) 436-7169

Attorneys for Defendant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ROSANA J. GIORDANO, ) | |
| ) | |
| Plaintiff, ) | CIVIL NO.   05-04035 HRL |
| ) | |
| v. ) | ~~STIPULATION AND~~ ORDER EXTENDING |
| ) | DEFENDANT'S TIME TO RESPOND TO |
| JO ANNE B. BARNHART, ) | PLAINTIFF'S COMPLAINT |
| Commissioner of Social Security, ) | |
| ) | |
| Defendant. ) | |
| _____) | |

IT IS HEREBY STIPULATED by and between the undersigned attorneys, subject to the approval of the Court, that defendant Commissioner may have an extension of 30 days in which to file her response to Plaintiff's Complaint because the Civil Division of the United States Attorney's Office is moving to a new floor starting on June 16, 2006.  Defendant's response was due on June 12, 2006, pursuant to Civil L.R.16-5.  Defendant's response is now due on July 12, 2006.

///
///
///
///
///
///

1 | This is defendant's first request.
2
3
4
5 | Dated: June 9, 2006 /s/
HARVEY P. SACKETT
6 | Attorney for Plaintiff
7
KEVIN V. RYAN
8 | United States Attorney
9
10
11
12 | Dated: June 9, 2006       By:      /s/
SARA WINSLOW
13 | Assistant United States Attorney
14
PURSUANT TO STIPULATION, IT IS SO ORDERED:
15
16
17
18
19 | Dated:   6/20/06            /s/ Howard R. Lloyd
HOWARD R. LLOYD
20 | United States Magistrate Judge
21
...
28

GIORDANO, EXT.MXSJ (mpp)
C 05-04035 HRL                    2